**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DONALD WINNETT,　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #139544

v.　　　　　　　　　　　　No. 4:10CV00531 JLH-JJV

GARY M. ARNOLD, Judge, Saline
County Circuit-Chancery Court　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 9th day of July, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE